## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DAVID YAMASAKI,<br><br>　　　　　Defendant. | Case No. 8:25-cv-00132-DSF-MAA<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file herein and the Report and Recommendation of United States Magistrate Judge. (ECF No. 26.)  Further, the time for filing objections has expired and no objections have been made.  The Court accepts the findings and recommendations of the Magistrate Judge.

　　　**IT THEREFORE IS ORDERED** that:

　　　(1)　The Report and Recommendation of United States Magistrate Judge is **ACCEPTED**;

　　　(2)　Defendant's Motion is **GRANTED**; and

///

///

///

(3) The Complaint and this lawsuit are **DISMISSED**;

Judgment shall be **ENTERED DISMISSING** this lawsuit **WITHOUT PREJUDICE.**

DATED: August 6, 2025

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE