**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, | Case No. 8:25-cv-00132-DSF-MAA |
| Plaintiff, | |
| v. | **JUDGMENT** |
| DAVID YAMASAKI, | |
| Defendant. | |

   Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge filed herewith,

   IT IS ADJUDGED that the above-captioned case is dismissed without prejudice.

DATED: August 6, 2025

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE